IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

WILLIAM T. DAVIS, #110338						PETITIONER

VERSUS					CIVIL ACTION NO. 5:09cv134DCB-MTP

STATE OF MISSISSIPPI, et al.						RESPONDENTS

## FINAL JUDGMENT

This cause is before the court, <u>sua sponte</u>, for consideration of dismissal. Pursuant to the Memorandum Opinion and Order issued this day, it is hereby, ORDERED AND ADJUDGED that this cause be dismissed without prejudice.

SO ORDERED AND ADJUDGED, this the  24th  day of August, 2009.


							s/David Bramlette
							UNITED STATES DISTRICT JUDGE